No. 91–1363. JOHNSON, STATE'S ATTORNEY OF KANE COUNTY, ET AL. *v.* CHI FENG SU. C. A. 7th Cir. Certiorari denied.

No. 91–1367. STURMAN *v.* UNITED STATES;
No. 91–1533. LEVINE ET AL. *v.* UNITED STATES; and
No. 91–1596. STURMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 951 F. 2d 1466.

No. 91–1374. QUATTROCCHI ET AL. *v.* COCHRANE. C. A. 1st Cir. Certiorari denied.

No. 91–1388. HANNA BOYS CENTER *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1464. PALMER *v.* LEVY. C. A. 9th Cir. Certiorari denied.

No. 91–1525. NEW MEDICO NEUROLOGIC CENTER OF MICHIGAN, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.

No. 91–1528. MESNICK *v.* GENERAL ELECTRIC CO. C. A. 1st Cir. Certiorari denied.

No. 91–1534. TOTAL CARE, INC. *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–1535. BASH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–1537. GARZA ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–1559. AVERY ET UX. *v.* TURNER, TRUSTEE; and
No. 91–1725. TURNER, TRUSTEE *v.* AVERY ET UX. C. A. 5th Cir. Certiorari denied. Reported below: 947 F. 2d 772.

No. 91–1560. HOCHSTEIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.